**Order entered September 26, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00213-CV

**MICHAEL DWAIN WILLIAMS, Appellant**

**V.**

**LUPE VALDEZ, SHERIFF, Appellee**

**On Appeal from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-09709**

## ORDER

Before the Court is appellant's request for a copy of the reporter's record. We **GRANT** the request and **DIRECT** the Clerk of the Court to mail a paper copy of the reporter's record to appellant.

On the Court's own motion, we extend the deadline for filing appellant's brief and **ORDER** the brief be filed no later than November 1, 2018.


/s/     DAVID EVANS
          JUSTICE